PAID
FEB -6 2025
CLERK, U.S. DISTRICT COURT
COURT 4612 DEN

FILED
2025 FEB -6 PM 12: 28
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
BY: ___

Name: Kimberley Kelly
Address: 7660 Beverly Blvd Apt. 368
Phone: (301) 461-0196
~~Fax~~: Los Angeles, CA 90036
In Pro Per

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Kimberley V. Kelly

Plaintiff

v.

Donald Trump and J.D. Vance

Defendant(s).

CASE NUMBER: CV25-1034-PA(AS)

Complaint

(Enter document title in the space provided above)

In accordance with my first amendment right to petition this government for a redress of my grievance/complaint, I state the following:

On Jan. 6, 2021, Donald Trump engaged in insurrection.

Since Jan 6, 2021, Donald Trump and J.D. Vance have given aid and comfort to the insurrectionists.

1
Page Number

CV-127 (09/09)   PLEADING PAGE FOR A SUBSEQUENT DOCUMENT

Most recently, Donald Trump has pardoned those who plead guilty or were found guilty of insurrection.

The 14th amendment forbids the defendants from holding their respective offices. Therefore, I demand that Donald Trump and J.D. Vance be declared illegitimate holders of their offices and removed there from.

I request a waiver of my filing cost or to be refunded.

*Kimberley Kelly* (signature)

Kimberley V. Kelly